# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JUVENAL PEREZ, | ) | Case No. 2:10-cv-01777-RLH-PAL |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | (IFP App - Dkt. #1) |
| DAVID ROGER, et al., | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1). The court has reviewed Plaintiff's Application, and it appears Plaintiff is incarcerated because he has listed an inmate number. He has not, however, provided a copy of his inmate trust account log as required by 28 U.S.C. § 1915(a)(2). Furthermore, he has not signed the acknowledgment portion of the financial affidavit, nor has he filled out the financial certificate.

Accordingly,

**IT IS ORDERED:**

1.      Plaintiff's Application (Dkt. #1) is DENIED WITHOUT PREJUDICE.

2.      The Clerk of Court shall send Plaintiff a new Application to Proceed *In Forma Pauperis* for incarcerated litigants.

3.      Plaintiff shall fill out the Application and file it with the court on or before **March 4, 2011.**

4.      Failure to comply with this Order may result in a recommendation to the District Judge that this case be dismissed.

Dated this 3rd day of February, 2011.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE