# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUVENAL PEREZ, | Case No.: 2:10-cv-01777-RLH-PAL |
| Plaintiff, | **O R D E R** |
| vs. | (Report of Findings and Recommendation–#3) |
| DAVID ROGER, *et al*, | |
| Defendant(s). | |

    Before this Court is the Report of Findings and Recommendation of the United States Magistrate Judge (#3), entered by the Honorable Peggy A. Leen regarding Plaintiff Juvenal Perez's Application to Proceed *In Forma Pauperis* (#1, filed Oct. 13, 2010). No objection was filed to Magistrate Judge Leen's Report and Recommendation in accordance with Local Rule LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. This matter was referred to the undersigned for consideration.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B)–(C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leen should be accepted and adopted.

1

AO 72
(Rev. 8/82)

1   IT IS THEREFORE ORDERED that the Magistrate Judge's Report and
2  Recommendation entered March 16, 2011 (#3) is ACCEPTED and ADOPTED, and Plaintiff
3  Juvenal Perez's Application to Proceed *In Forma Pauperis* (#1) is DENIED.  The case is
4  dismissed.

Dated:  May 20, 2011.

_____
**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)